## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-7289 CAS (FFMx) | Date | May 26, 2011 |
|---|---|---|---|
| Title | DG FASTCHANNEL, INC. v. POINT 360, INC.; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers)

The Court received a letter from the Special Master, dated May 24, 2011, requesting an extension of time to complete his reports. In accordance with the request of the Special Master, this Court hereby amends its Order Appointing Special Master to Oversee Point.360's Compliance with Permanent Ads Business Injunction and Settlement Agreement, dated March 28, 2011. The Special Master is directed to file his interim report no later than June 20, 2011, and his final report by July 15, 2011.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |